

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00245-CV

IN RE DANNY LEO BABCOCK, JR.                              RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 233-558243-14

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL:  WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED:  August 13, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).